# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                   Plaintiff,

v.                                                                    Case No.: 1:14−cr−00102

                                                                           Honorable Harry D. Leinenweber

Mark Anstett, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 22, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber: Sentencing held on 7/22/2015 as to Mark Anstett. MOTION by USA for forfeiture as to Mark Anstett [55] is granted. Order to follow. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.