ILND 245C (Rev. 08/02/2016) Amended Judgment in a Criminal Case                    (Note: Identify Changes with Asterisks (*))
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|

**v.**

Mark Anstett

Case Number:    14 CR 102 - 1

USM Number:    47123 - 424

Thomas McQueen
Defendant's Attorney

**Date of Original Judgment: 8/12/2015**
**(Or Date of Last Amended Judgment)**

**Reason for Amendment:**

- ☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
- ☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- ☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
- ☒ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- ☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- ☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- ☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- ☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
- ☐ Modification of Restitution Order (18 U.S.C. § 3664)

## THE DEFENDANT:

- ☒ pleaded guilty to count(s) five of the indictment
- ☐ pleaded nolo contendere to count(s)            which was accepted by the court.
- ☐ was found guilty on count(s)            after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| **18 U.S.C. Section 1343** | Wire Fraud | 10/2009 | Five |

The defendant is sentenced as provided in pages **3** through **4** of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984. **Other than the amendments or modifications stated in this judgment, the judgment previously entered shall stand. (See attachments)**

- ☐ The defendant has been found not guilty on count(s)
- ☐ Count(s)            dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/23/2018
Date of Imposition of Judgment

Signature of Judge

Harry D. Leinenweber, U.S. District Court Judge
Name and Title of Judge

Date    1/23/18

DEFENDANT: Mark Anstett                                    Page 2 of 4
CASE NUMBER: 14 CR 102 - 1

See Attachment (A) for a list of payees.

ILND 245C (Rev. 08/02/2016) Amended Judgment in a Criminal Case                  (Note: Identify Changes with Asterisks (*))
Sheet 5 – Criminal Monetary Penalties                                                       Judgment – Page 3 of 4

DEFENDANT: MARK ANSTETT
CASE NUMBER: 14 CR 102 - 1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals** | $100.00 | $ | $* 97,331,250 |

☐   The determination of restitution is deferred until     . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| See attachment A |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Totals:** |  |  |  |

☐   Restitution amount ordered pursuant to plea agreement $

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☒   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☒   the interest requirement is waived for the restitution.

    ☐   the interest requirement for the      is modified as follows:

* Findings for the total amount of losses are required under **Chapters 109A, 110, 110A, and 113A of Title 18** for offenses committed on or after September 13, 1994, but before April 23, 1996.

ILND 245C (Rev. 08/02/2016) Amended Judgment in a Criminal Case (Note: Identify Changes with Asterisks (*))
Sheet 6 – Schedule of Payments                                                                 Judgment – Page 4 of 4

DEFENDANT: MARK ANSTETT
CASE NUMBER: 14 CR 102 - 1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $         due immediately.

      ☐ balance due not later than          , or

      ☐ balance due in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal          (e.g. weekly, monthly, quarterly) installments of $         over a period of          (e.g. months or years), to commence          (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal          (e.g. weekly, monthly, quarterly) installments of $         over a period of          (e.g. months or years), to commence          (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within          (e.g. 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if Appropriate |
|---|---|---|---|

George Ferguson - 14 CR 102 -2 - joint and several amount: * 97,331,250

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# USA v Mark Anstett

## ATTACHMENT (A)

Equipment Acquisition Resources, Inc.
Open and Remaining Claims
As of July 22, 2015

| Claim Number | Claimant | Claim Amount | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 96 | ICON EAR, LLC | $ 15,693,846 | 100 5th Avenue | 4th Floor | New York | NY | 10011 |
| 29 | IBM Credit | 11,986,776 | 10901 David Taylor Drive | | Charlotte | NC | 28262 |
| 96 | Nortema Bank | 10,000,000 | 225 W Wacker Drive | Suite 3000 | Chicago | IL | 60606 |
| 91 | TD Banknorth | 8,431,213 | Three Center Plaza | | Boston | MA | 2108 |
| 73 | Republic Bank of Chicago | 7,135,157 | 200 S. Wacker Drive | Suite 3000 | Chicago | IL | 60606 |
| 104 | Fifth Third Bank | 6,657,408 | 222 S. Riverside Plaza | 32ND FLOOR | Chicago | IL | 60606 |
| 87 | ICON EAR II, LLC | 6,333,112 | 100 5Th Avenue | 4th Floor | New York | NY | |
| 64 | North Side Bank & Trust Co. | 5,004,555 | 4125 Hamilton Ave | | Cincinnati | OH | 45223 |
| 98 | WesBanco Bank | 4,314,047 | 61 14Th Street | | Wheeling | WV | 26003 |
| 49 | SG Equipment Finance | 2,798,396 | 480 Washington Blvd. | 24TH FLOOR | Jersey City | NJ | 7310 |
| 99 | PNC Equipment Finance | 2,111,270 | 221 N Lasalle St | #1550 | Chicago | IL | 60601 |
| 93 | Peoples National Bank of Kewanee | 1,791,969 | 190 South Lasalle Street | Suite 3700 | Chicago | IL | 60603 |
| 68 | First National Bank of McHenry | 1,328,259 | 9705 Prairie Ridge Rd. | | Richmond | IL | 60071 |
| 7 | US Bancorp Manifest Funding | 1,183,737 | 401 N. Michigan Ave. | Suite 550 | Chicago | IL | 60611 |
| 58 | Libertyville Bank and Trust | 1,163,403 | 507 N. Milwaukee Ave | | Libertyville | IL | 60048 |
| 57 | Libertyville Bank and Trust | 1,154,216 | 507 N. Milwaukee Ave | | Libertyville | IL | 60048 |
| 97 | Home Federal Savings Bank | 965,718 | 1016 Civic Center Dr | Suite 300 | Rochester | MN | 55901 |
| 47 | FDIC as Receiver for Citizens Bank & Trust Co / RecoverEdge | 925,123 | 5700 North Central Ave | | Chicago | IL | 60646 |
| 111 | Velocity Financial Group | 925,123 | 2400 Augusta Dr | Ste 212 | Houston | TX | 77057 |
| 59 | Red Time Revolutions, as assignee of the claim of Washingon Savings Bank | 823,204 | P.O. Box 856 / 1324 Golf Road | | Rosemont / Washingon | IL | 60018 / 60087 |
| 78 | Crossroads Bank / Value Recovery Group, as assignee of the claim of Charter National Bank | 698,514 | 2201 Nw Corporate Blvd | #201 | Boca Raton | FL | 33431 |
| 106 | | 601,125 | Po Box 918 | | Streamwood | IL | 60107-0000 |
| 89 | Key Government Finance | 593,965 | 1650 Farnam Street | | Omaha | NE | 68102 |
| 88 | Trim Business Solutions | 454,167 | 4974 S. Rainbow Blvd, Suite 100 | | Las Vegas | NV | 89118 |
| 32 | Stefan Spider Optica, Inc. | 425,157 | 183 E. Main St | | Rochester | NY | 14604 |
| 66 | Locke Lord LLP | 397,500 | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 |
| 79 | Rockford Capital Leasing | 362,792 | 4249 East State St | | Rockford | IL | 61108 |
| 103 | Sovereign Bank | 354,376 | 3 Hunnington Quad | #301 | Melville | NY | 11747 |
| 6 | Susquehanna Commercial Finance | 285,986 | 1566 Medical Drive | SUITE 101N | Pottstown | PA | 19464 |
| 92 | Summit Equipment Finance | 278,325 | 29 W Susquehanna Ave | SUITE 201 | Towson | MD | 21204 |
| 74 | Bayview Loan Servicing | 212,425 | 4425 Ponce De Leon Blvd., 5Th Floor | SUITE 400 | Coral Gables | FL | 33146 |
| 55 | M&T Bank | 200,462 | 800 Rand Building | | Buffalo | NY | 14203-1995 |
| 76 | OFC Capital Corporation | 129,481 | 3585 Atlanta Ave | | Atlanta | GA | 31193-4109 |
| 95 | Flanner and Merchant Bank | 103,121 | 48 Wall Street | 14 Lafayette Square | New York | NY | 10005 |
| 44 | Chubb & Sons | 97,139 | 15 First Street | 26th Floor | Miamisburg | OH | 45342 |
| 26 | The Constantsy Bank | 93,928 | Po Box 146 | | Crooksville | OH | 43731 |
| 43 | PNC Equipment Finance | 84,359 | 221 N Lasalle St | #1550 | Chicago | IL | 60601 |
| 100 | KCL, LLC | 78,747 | 3 Linden Way | | Wyoming | RI | 45215 |
| 22 | Associated Bank | 71,304 | 200 N Adams | | Green Bay | WI | 54301 |
| 60 | ABCO Leasing | 71,122 | 22232 17Th Ave S.E. | SUITE 204 | Bothell | WA | 98021 |
| 56 | First Credit Funding | 68,373 | Po Box 3892 | | Seattle | WA | 98124-3892 |
| 17 | MMT Leasing Inc. | 65,239 | Po Box 53659 | | Philadelphia | PA | 19105 |
| 30 | Euclid Precision Grinding Co. | 55,470 | 4896 East 345Th Street | | Willoughby | OH | 44094 |
| 41 | Pennsch Financial Services | 49,117 | 1310 Madrid Street | | Marshall | MN | 56258 |
| 23 | First Lease | 47,460 | 185 Commerce Drive | | Fort Washington | PA | 19034 |
| 75 | Aerofex Metolex | 45,657 | 100 Jericho Quadrangle | | Jericho | NY | 11753 |
| 102 | Leaf Funding Corporation | 40,938 | | Suite 225 | Philadelphia | PA | 19103 |
| 90 | | 36,189 | 2005 Market Street 14Th Flr | | Philadelphia | PA | 19103 |

**Equipment Acquisition Resources, Inc.**
**Open and Remaining Claims**
**As of July 22, 2015**

| Claim Number | Claimant | Claim Amount | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 36 | VW Credit, Inc. | 30,721 | Po Box 829009 | | Dallas | TX | 75382-9009 |
| 54 | Barview Loan Servicing | 24,152 | 4425 Ponce De Leon Blvd | 5th Floor | Coral Gables | FL | 33146 |
| 112 | Daimler Trust | 23,205 | C/O Bk Servicing, Lk | PO Box 131265 | Roseville | MN | 55113-0011 |
| 82 | Medin Leasing Corporation | 21,024 | Po Box 13604 | | Philadelphia | PA | 19101-3604 |
| 38 | Xerox | 20,918 | Po Box 802567 | | Chicago | IL | 60680-2567 |
| 83 | State Board of Equalization | 20,216 | Po Box 942879 | | Sacramento | CA | 94279-0055 |
| 80 | Varilease Technology Finance | 20,123 | Po Box 314 | | Highland Park | IL | 60035 |
| 81 | Medin Leasing Corporation | 19,075 | Po Box 13604 | | Philadelphia | PA | 19101-3604 |
| 5 | Nissan Motor Acceptance | 18,470 | P.O. Box 660366 | | Dallas | TX | 75266 |
| 46 | Trinity | 15,954 | 475 Sansome Street | 19th Floor | San Francisco | CA | 94111 |
| 42 | Commonwealth Edison | 13,915 | 3 Lincoln Center | Attn: Bankruptcy Section | Oak Brook Terrace | IL | 60181 |
| 2 | Ally Financial f/k/a GMAC | 11,871 | P.O. Box 130424 | | Roseville | MN | 55113 |
| 67 | Direct Energy Business | 11,055 | 1001 Liberty Ave 13Th Floor | | Pittsburgh | PA | 15222 |
| 63 | GIS Venture | 10,701 | 970 N Oak Lawn Ave | SUITE 100 | Elmhurst | IL | 60126 |
| 55 | Huddle Advisors, LLC | 8,000 | 1204 Loyola Drive | | Libertyville | IL | 60048 |
| 13 | Sprint Nextel | 7,623 | Po Box 7949 | | Overland Park | KS | 66207-0949 |
| 69 | Internal Revenue Service | 6,949 | Po Box 21126 | | Philadelphia | PA | 19114-0326 |
| 25 | NET | 5,730 | 4811 Lamar Ave | Suite 4 | Mission | KS | 66202 |
| 53 | Herald Advertising Products | 3,463 | Po Box 67185 | | Wausau | WI | 99687-1185 |
| 62 | GIS Rolling, LLC | 3,192 | 970 Oaklawn Ave | Ste. 204 | Elmhurst | IL | 60107 |
| 57 | Jennifer Pedraza | 2,940 | 304 Kovan Circle | | Streamwood | IL | 60107 |
| 3 | GMAC | 2,616 | P.O. Box 9001951 | | Louisville | KY | 40290-1951 |
| 40 | McMaster Carr | 2,481 | Po Box 7690 | | Chicago | IL | 60680-7690 |
| 71 | FedEx | 1,854 | Po Box 371461 | | Pittsburgh | PA | 15250-7461 |
| 33 | National Lift Truck | 1,845 | Po Box 5977 | | Carol Stream | IL | 60197-5977 |
| 59 | Power/Motion Division | 1,414 | 1310 Energy Lane | | St. Paul | MN | 55108 |
| 20 | Dynomax | 1,140 | 965 Campus Drive | | Mundelein | IL | 60060 |
| 50 | Machinery Information Systems | 948 | 3355 Lenox Road Ne | 9th Floor | Atlanta | GA | 30326 |
| 9 | Signs Now | 743 | 1300 B. Remington Road | | Schaumburg | IL | 60173 |
| 31 | Newark | 668 | P.O. Box 94151 | | Palatine | IL | 60094-4151 |
| 10 | All Control | 585 | 1644 Cambridge Drive | | Elgin | IL | 60123 |
| 19 | Veritas Messenger | 433 | Po Box 66973 | | Chicago | IL | 60666-0973 |
| 11 | Fluid Power | 382 | 110 Gordon Street | | Elk Grove Village | IL | 60007-1120 |
| 21 | Eponed | 365 | Po Box 632550 | | Cincinnati | OH | 45263-2550 |
| 1 | Nissan Motor Acceptance | 344 | P.O. Box 660366 | | Dallas | TX | 75266 |
| 16 | Altec Machining | 300 | 4243 W Diversey Ave | | Chicago | IL | 60639 |
| 24 | Uline | 279 | 2105 S. Lakeside Drive | | Waukegan | IL | 60085 |
| 108 | ADT Security Services | 161 | 14200 E Exposition Inc | | Aurora | CO | 80012 |
| 18 | MAB Paint/Sherwin Williams | 135 | 16 W 485 S Frontage Rd | Ste 110 | Burr Ridge | IL | 60527 |
| 14 | Reid Supply | 95 | 2265 Black Creek Road | | Muskegon | MI | 49444 |
| 34 | Alpine Bearing Company | 40 | Po Box 331 | | Allston | MA | 02214-0003 |
| 12 | AGSCO | 22 | 160 W Hintz Road | | Wheeling | IL | 60090 |
| 109 | ADT Security Services | - | 14200 E Exposition Inc | | Aurora | CO | 80012 |

total $ 97,331.250